IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARTY JOE GALVAN,<br><br>                    Plaintiff,<br><br>v.<br><br>SALT LAKE COUNTY JAIL et al.,<br><br>                    Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:16-CV-128-DAK<br><br>District Judge Dale A. Kimball |

Plaintiff, Marty Joe Galvan, filed this *pro se* civil-rights suit, *see* 42 U.S.C.S. § 1983 (2017). Reviewing the Complaint under § 1915(e), in an Order dated May 30, 2017, the Court determined it was deficient. The Court gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.

Plaintiff has not since amended the Complaint. The Court last heard from Plaintiff on August 3, 2016, when he filed an *in forma pauperis* application that was granted.

**IT IS THEREFORE ORDERED** that Plaintiff's action is **DISMISSED** with prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), follow the Court's Order, and to prosecute his case, *see* DUCivR 41-2. This case is **CLOSED.**

DATED this 17th day of July, 2017.

BY THE COURT:

_____
JUDGE DALE A. KIMBALL
United States District Court